THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-202-BO

JUQUALA NICOLE FERGUSON,       )
                               )
            *Plaintiff,*       )
                               )
v.                             )          O R D E R
                               )
POSTMASTER GENERAL LOUIS       )
DEJOY, et al.,                 )
                               )
            *Defendants.*      )

This matter is before the Court on the memorandum and recommendation (M&R) of United States Magistrate Judge Robert B. Jones Jr. Plaintiff brings this action under Title VII of the Civil Rights Act of 1964, and the M&R recommends dismissal of plaintiff's complaint for failure to state a claim upon which relief can be granted. Plaintiff has failed to object to the M&R and the time for doing so has expired. When a party fails to file a timely objection, the Court "must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quotations omitted). The Court is satisfied that there is no clear error on the face of the record and ADOPTS the M&R [DE 4]. The complaint [DE 1, 5] is hereby DISMISSED, the motion to proceed in forma pauperis [DE 1] is DISMISSED as moot, and the clerk is DIRECTED to close the case.

SO ORDERED, this 21 day of December, 2022.

                                                          _____
                                                          TERRENCE W. BOYLE
                                                          UNITED STATES DISTRICT JUDGE

1